UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ANDERSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 23-cv-1101 W (BJC)<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. § 2412(d) [DOC. 16]** |

Pending before the Court is the parties' joint motion for the award of attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 16] and **AWARDS** $7,500.00 in attorney fees under EAJA, 28 U.S.C. § 2412(d) and $402.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

Dated:  August 29, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge